# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2011

142666 & (27)(28)(29)(34)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CALVIN R. OWENS,
      Defendant-Appellant.

_____/

SC: 142666
COA: 297783
Wayne CC: 06-012242-FC
              06-013335-FC
              06-013388-FC

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the January 7, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for appointment of counsel and the motions to remand are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2011

_____
Clerk

y1017